IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | Case No.: 2:13cr156 (MSD) |
| W. WAYNE PERRY, JR., *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING CORRECTED EXHIBITS TO
DEFENDANT WAYNE PERRY, JR.'S MOTION FOR A NEW TRIAL ON
COUNTS ONE, TWO THROUGH FIVE, AND TEN THROUGH TWELVE
PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

Defendant W. Wayne Perry, Jr., by counsel, respectfully submits this notice of filing of the corrected Exhibits A and B to his Motion and Memorandum in Support of his Motion for a New Trial on Counts One, Two through Five, and Ten through Twelve [ECF No. 170] pursuant to Federal Rule of Criminal Procedure 33. The correct Exhibits A and B to the Motion are filed with this Notice and replace those erroneously submitted at ECF Nos. 170-1 and 170-2.

Dated: September 30, 2014                              Respectfully submitted,

                                                                   **W. WAYNE PERRY, JR.**

/s/ Gray B. Broughton
Gray B. Broughton, Esq. (VSB # 46692)
gbroughton@williamsmullen.com
John S. Davis, Esq. (VSB # 72420)
jsdavis@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
Jonathan T. Lucier, Esq. (VSB # 81303)
jlucier@williamsmullen.com
Williams Mullen

1

200 South 10th Street
Richmond, VA 23219
T: (804) 420-6000
F: (804) 420-6507
*Counsel for Defendant W. Wayne Perry, Jr.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of September, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alan M. Salsbury
Melissa E. O'Boyle
Assistant U.S. Attorney
Eastern District of Virginia
101 W. Main St., Suite 8000
Norfolk, VA  23510
T: (757) 441-6331
F: (757) 441-6689
Alan.salsbury@usdoj.gov
melissa.oboyle@usdoj.gov

Andrew M. Sacks
Sacks & Sacks
150 Boush Street, Suite 501
Norfolk, VA 23510
T: (757) 623-2753
F: (757) 274-0148
andrewsacks@lawfirmofsacksandsacks.com
sacks@lawfirmofsacksandsacks.com

                                                            /s/ Gray B. Broughton
                                                            Gray B. Broughton, Esq. (VSB # 46692)
                                                            gbroughton@williamsmullen.com
                                                            Williams Mullen
                                                            200 South 10th Street
                                                           Richmond, VA 23219
                                                           T: (804) 420-6000
                                                           F: (804) 420-6507
                                                           *Counsel for Defendant W. Wayne Perry, Jr.*